# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

---------------------------------------------------------x
:
UNITED STATES OF AMERICA              :
:
      v.                              :
:   Case No. 3:14-CR-79 (JBA)
JOHN G. ROWLAND,                      :
:
      Defendant.                      :
:   September 24, 2014
---------------------------------------------------------x

## DEFENDANT JOHN G. ROWLAND'S
## MOTION FOR A JUDGMENT OF ACQUITTAL

Reid H. Weingarten
William L. Drake
STEPTOE & JOHNSON LLP
1330 Connecticut Ave. NW
Washington, D.C. 20036
(202) 429-8082

Michelle L. Levin
STEPTOE & JOHNSON LLP
1114 Avenue of the Americas
New York, New York 10036
(212) 506-3900

Peter G. Billings [ct28629]
BILLINGS & BARRETT, LLC
941 Grand Avenue, 2nd Floor
New Haven, CT 06511
PH: (203) 562-0900
FAX: (203) 562-0902
peter@billingsandbarrett.com

*Counsel for Defendant John G. Rowland*

On September 15, 2014, following the close of the Government's case-in-chief, Defendant John G. Rowland ("Mr. Rowland") moved pursuant to Federal Rule of Criminal Procedure 29(a) for a judgment of acquittal.  Mr. Rowland then proceeded with his defense, calling one witness to testify.  On September 17, 2014, the Court denied Mr. Rowland's motion.[1] On September 19, 2014, the jury returned a verdict of guilty on all seven counts.[2]

Mr. Rowland now respectfully moves for a judgment of acquittal pursuant to Federal Rule of Criminal Procedure 29(c).

Respectfully submitted,

/s/ Reid H. Weingarten
Reid H. Weingarten [phv01200]
William L. Drake [phv06671]
STEPTOE & JOHNSON LLP
1330 Connecticut Ave. NW
Washington, D.C. 20036
PH: (202) 429-8082
FAX: (202) 429-3902
rweingarten@steptoe.com
wdrake@steptoe.com

Michelle L. Levin [phv06670]
STEPTOE & JOHNSON LLP
1114 Avenue of the Americas
New York, New York 10036
PH: (212) 506-3900
FAX: (212) 506-3950
mlevin@steptoe.com

---

[1]   [Docket No. 136].

[2]   [Docket No. 146].

                                        Peter G. Billings [ct28629]
                                        BILLINGS & BARRETT, LLC
                                        941 Grand Avenue, 2nd Floor
                                        New Haven, CT 06511
                                        PH: (203) 562-0900
                                        FAX: (203) 562-0902
                                        peter@billingsandbarrett.com

                                        *Counsel for Defendant John G. Rowland*

Dated:  September 24, 2014

**CERTIFICATE OF SERVICE**

I hereby certify that on September 24, 2014, a copy of foregoing *Defendant John G. Rowland's Motion for A Judgment of Acquittal* was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

<u>/s/ Reid H. Weingarten</u>
Reid H. Weingarten [phv01200]
STEPTOE & JOHNSON LLP
1330 Connecticut Ave. NW
Washington, D.C. 20036
PH: (202) 429-8082
FAX: (202) 429-3902
rweingarten@steptoe.com

*Counsel for Defendant John G. Rowland*