UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-------------------------------------------------------x
:
UNITED STATES OF AMERICA     :
:
v.                           :
:  Case No. 3:14-CR-79 (JBA)
JOHN G. ROWLAND              :
:
Defendant.                   :
:  Dated: April 17, 2015
-------------------------------------------------------x

# DEFENDANT JOHN G. ROWLAND'S MOTION
# FOR CONTINUED RELEASE PENDING APPEAL

Defendant John G. Rowland, through counsel, respectfully moves pursuant to 18 U.S.C. § 3143(b) for continued release pending appeal. The grounds for this motion are set forth in the accompanying memorandum of law.

                          Respectfully submitted,

                          /s/ Andrew L Fish
                          Andrew L. Fish [phv07196]
                          LOCKE LORD LLP
                          3 World Financial Center
                          New York, NY 10281
                          Phone: (212) 415-8541
                          Fax: (646) 839-2843
                          E-mail: afish@lockelord.com

**ORAL ARGUMENT REQUESTED**

Peter G. Billings [ct28629]
Sean P. Barrett [ct28999]
BILLINGS & BARRETT, LLC
941 Grand Avenue, 2nd Floor
New Haven, CT 06511
PH: (203) 562-0900
FAX: (203) 562-0902
peter@billingsandbarrett.com
sean@billinsandbarrett.com

*Counsel for Defendant John G. Rowland*

Dated: April 17, 2015

# CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2015, a copy of foregoing Defendant John G. Rowland's Motion for Continued Release Pending Appeal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Andrew L. Fish
Andrew L. Fish [phv07196]
LOCKE LORD LLP
3 World Financial Center
New York, NY 10281
Phone: (212) 415-8541
Fax: (646) 839-2843
E-mail: afish@lockelord.com

*Counsel for Defendant John G. Rowland*