IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

--------------------------------------------------------x
:
UNITED STATES OF AMERICA     :
:
v.                           :
:     Case No. 3:14-CR-79 (JBA)
JOHN G. ROWLAND              :
:     USCA No. 15-985
:
:     July 16, 2015
--------------------------------------------------------x

**SUPPLEMENTAL INDEX TO THE RECORD ON APPEAL**

     Pursuant to FRAP 10 and 11 and Local Rule 11.1 of the United States Court of Appeals for the Second Circuit, appellant John G. Rowland hereby files with the District Court this supplemental electronic index to the record on appeal and respectfully asks that the clerk forward a certified copy of the docket entries and the clerk's certificate to the United States Court of Appeals for the Second Circuit in docket number 15-985.

| Document Name | Document No. |
|---|---|
| Transcript of proceedings: Charge Conference held on 9/17/14 | 247 |
| Motion for Bond Pending Appeal | 248 |
| Memorandum in Support of Motion for Bond Pending Appeal | 249 |
| Memorandum in Opposition to Motion for Bond Pending Appeal | 250 |
| Reply Memorandum in Support of Motion for Bond Pending Appeal | 251 |
| Order granting bond pending appeal | 252 |
| Transcript of proceedings: Sentencing held on 3/18/15 | 253 |

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2015, a copy of foregoing Supplemental Index to the Record on Appeal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Andrew L. Fish
Andrew L. Fish [phv07196]
LOCKE LORD LLP
3 World Financial Center
New York, NY 10281
Phone: (212) 415-8541
Fax: (646) 839-2843
E-mail: afish@lockelord.com

*Counsel for Defendant John G. Rowland*