IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN G. ROWLAND,<br><br>Defendant | Case No. 3:14-CR-00079<br><br>Judge: Honorable Janet Bond Arterton |

**DEFENDANT'S MOTION FOR
EARLY TERMINATION OF SUPERVISED RELEASE**

Mr. John G. Rowland, through undersigned counsel, respectfully submits this Motion for Early Termination of Supervised Release. For the reasons stated in the accompanying memoranda of law, Mr. Rowland moves this court to terminate his remaining term of supervised release pursuant to 18 U.S.C. § 3583(e)(1).

Respectfully Submitted,

_____/s/_____
William L. Drake [phv06671]
Steptoe & Johnson
1330 Connecticut Ave. NW
Washington, D.C. 20036
PH: (202) 429-8082
FAX: (202) 429-3902
wdrake@steptoe.com

*Counsel for Defendant John G. Rowland*

1

## CERTIFICATE OF SERVICE

  I hereby certify that on January 14, 2020, a copy of foregoing John G. Rowland's Motion for Early Termination of Supervised Release, along with all accompanying documents, was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Respectfully Submitted,

             /s/
William L. Drake [phv06671]
Steptoe & Johnson
1330 Connecticut Ave. NW
Washington, D.C. 20036
PH: (202) 429-8082
FAX: (202) 429-3902
wdrake@steptoe.com

*Counsel for Defendant John G. Rowland*